UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Crim. No. 24-670 |
| JOHN SINGLETON : | ORDER |
| Defendant. : | |

This matter having come before the Court on the motion of defendant John Singleton (Mark Davis, Esq., appearing) and as consented to by the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Ashley Super Pitts, Assistant U.S. Attorney, appearing), and defendant Singleton having appeared before the Court for an initial appearance and arraignment on October 24, 2024, and the Court having considered the parties' positions regarding bail, and for good cause shown,

IT IS, on this 24th day of October, 2024, ORDERED that

Defendant John Singleton shall be released on the conditions ordered by the Honorable Lois H. Goodman, United States Magistrate Judge, on March 30, 2023.

_____
HON. JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE