UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 24-670 |
| JOHN SINGLETON | : ORDER FOR CONTINUANCE |
| Defendant. | : |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Ashley Super Pitts, Assistant U.S. Attorney, appearing), and defendant John Singleton (*Mark G. Davis*, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from the date of this order through December 27, 2024; and the defendant being aware that he has the right to a trial within seventy (70) days of the indictment filed in this case, pursuant to Title 18, United States Code, Section 3161(c)(1); and the defendant having waived such right and consented to this continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1) The parties require time to meet and confer and agree to a Scheduling Order in this matter;

2) The United States requires time to prepare and produce discovery to defense counsel;

- 2 -

3) Defense counsel will require adequate time to review the discovery and discuss this case with the defendant;

4) Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of time for effective preparation in this matter;

5) The parties may enter into plea negotiations, which would render any subsequent trial of this matter unnecessary; and

Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 24th day of October, 2024,

ORDERED that this action be, and hereby is, continued from the date of this Order through and including December 27, 2024;

- 3 -

IT IS FURTHER ORDERED that the period from the date of this Order through and including December 27, 2024, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE

Form and entry consented to:

s/Ashley Super Pitts

_____
Ashley Super Pitts
Assistant U.S. Attorney

Mark G. Davis, Esq.
_____, Esq.
Counsel for defendant John Singleton